

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0356

_____

IN THE MATTER OF THE AUTHORIZATION
OF A RETIRED JUDGE TO PERFORM          O R D E R
A MARRIAGE CEREMONY

FILED

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

The Honorable Mike Salvagni, Retired District Judge, having retired under the judges' retirement system as provided by law and having requested authorization to perform a marriage ceremony,

IT IS ORDERED that the Honorable Mike Salvagni is hereby called to duty as a district judge to perform a marriage ceremony uniting Adam Michael Salvagni and Karissa Lyn Straw on October 1, 2022, in Butte-Silver Bow County, Montana.

This Order is entered by the Chief Justice pursuant to Article VII of the Constitution of the State of Montana and statutes enacted in conformity therewith and in implementation thereof.

The Clerk of Court is directed to mail a copy of this Order to the Honorable Mike Salvagni.

DATED this 13 day of September, 2022.

_____
Chief Justice